UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**CRYSTAL PEARSON, individually &**
on behalf of all similarly situated,

       **Plaintiff(s),**

vs.

**PICK UP & GO MOVING**
**INTERNATIONAL, INC.,**

       Defendant

CASE NO. 1:21-CV-01595-SGC

## NOTICE OF LAWSUIT

**TO:** ALL DRIVERS CURRENTLY OR FORMERLY EMPLOYED BY PICK UP & GO MOVING INTERNATIONAL, INC., DURING THE PERIOD DECEMBER 2018 TO THE PRESENT WHO DROVE VEHICLES WEIGHING LESS THAN 10,000 POUNDS IN THE STATE OF ALABAMA AND WHO WERE PAID A "DAY RATE" WITHOUT ANY OVERTIME PAY FOR HOURS WORKED OVER FORTY EACH WEEK.

**RE:** FAIR LABOR STANDARDS ACT ("FLSA") LAWSUIT AGAINST PICK UP & GO MOVING INTERNATIONAL, INC. FOR DEFENDANT'S ALLEGED FAILURE TO PAY PROPER OVERTIME WAGES. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE CLAIMS OR DEFENSES OF THE PARTIES. PLEASE DO NOT CALL OR WRITE THE JUDGE ASSIGNED TO THIS MATTER. THE JUDGE CANNOT ANSWER QUESTIONS CONCERNING THIS LAWSUIT OR THIS NOTICE.

1. **PURPOSE OF THIS NOTICE**

The purpose of this Notice is to inform you of the existence of a collective action lawsuit brought by Crystal Pearson ("Plaintiff") on behalf of herself and all other "similarly situated" workers against Pick Up & Go Moving International, Inc. ("Defendant") to recover overtime wages pursuant to the Fair Labor Standards Act ("FLSA"). You are receiving this Notice because you may be "similarly situated" to the named Plaintiff in this case. This notice serves to inform you of the rights that you may have in connection the lawsuit and the possible outcomes of opting-in to the lawsuit.

This Notice is only for the purpose of determining the identity of those persons who wish to "opt-in" and be involved in this lawsuit. The Court has taken no position regarding the merits of the claims by the Plaintiff or the other people joining this case.

2. **DESCRIPTION OF THE LAWSUIT**

This lawsuit is brought by Crystal Pearson, who worked for Defendant as a Driver from February 2021 to September 2021. Ms. Pearson brings this lawsuit on behalf of herself and all other similarly-situated employees ("Plaintiffs"). Plaintiff asserts that Defendant violated the Fair Labor Standards Act by utilizing a "Day Rate" pay policy that does not compensate all of its Drivers for hours worked over forty (40) each week. Specifically, Plaintiff claims that she and other Drivers regularly worked more than forty (40) hours per week and, by failing to pay for all of their hours worked, Defendant owes additional overtime premiums for all hours worked over forty (40) each week. Plaintiff is also seeking an additional amount of liquidated damages as well as payment of her attorneys' fees and costs as required by Section 16(b) of the Fair Labor Standards Act. Defendant denies Plaintiff's allegations and the Court has not made a determination yet on the merits of either party's claims or defenses in this case.

3. **PERSONS ELIGIBLE TO PARTICIPATE IN THE LAWSUIT**

You are eligible to join this lawsuit if you worked for Defendant as a Driver in Alabama ***between December 2018 and the present*** and you worked overtime hours (more than forty hours per week) for which you were not properly compensated.

4. **YOUR CHOICE TO PARTICIPATE IN THE LAWSUIT**

The named Plaintiff seeks to sue on behalf of any and all other persons employed as Drivers who worked more than forty (40) hours per week and were subject to Defendant's "Day Rate Pay Policy" (i.e. paid a flat rate per day regardless of the number of hours worked without overtime premiums). If you fit the definition above, you may choose to join this action by mailing, faxing, or emailing the attached **Consent Form** to Plaintiff's Counsel (at the address below) or to another attorney of your choosing for filing with the Court. If you are reading this Notice at your place of employment, you may contact Plaintiff's Counsel directly for a copy of the Consent Form at:

**Bernard R. Mazaheri, Esq.**
**Mazaheri & Mazaheri**
**P.O. Box 656**
**Frankfort, Kentucky 40602**
**Tel – (502) 475-8201**
**Email – Bernie@thelaborfirm.com**

The Consent Form **must be received** by Plaintiff's Counsel on or before _____ for you to participate in this case. If you fail to return the completed consent form to Plaintiffs' counsel by _____ you may not be able to participate in this lawsuit.

5.    **YOUR RIGHT TO DECLINE PARTICIPATION IN THIS LAWSUIT**

You are not required to participate in this lawsuit. If you do not want to participate in this lawsuit you do not have to do anything at this time. A recovery of money is not certain for those who do participate in the lawsuit. If you do not participate in the lawsuit, you will not be affected by any settlement or judgment rendered in this lawsuit, whether favorable or unfavorable to the class, which means that you will not be eligible to receive any portion of any recovery that might be obtained by the Plaintiffs nor will you be affected by any negative ruling or judgment against the class. If you choose not to join this lawsuit, you are free to file your own lawsuit either with or without an attorney of your choosing.

6.    **EFFECT OF JOINING THE LAWSUIT**

If you join this lawsuit, you will be bound by any judgment of the Court, whether favorable or unfavorable. If you choose to join this suit, you may be required to provide information or documents, sit for depositions and testify in Court while the suit is proceeding. By joining this lawsuit, you designate the named Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit including settlement. These decisions and agreements made and entered into by the representative Plaintiff will be binding on you if you join this lawsuit. The attorneys for the Plaintiffs may be entitled to receive the payment of attorneys' fees and costs in this lawsuit should there be a recovery or judgment in Plaintiffs' favor. Any payment of attorneys' fees by Defendant to Plaintiffs' counsel may be subject to prior Court approval. If there is no recovery or judgment in Plaintiffs' favor, you will not be responsible for any party's attorneys' fees.

7.    **ANY RETALIATION IS FORBIDDEN BY FEDERAL LAW**

Federal law prohibits Defendant from firing or in any way discriminating against you because you have joined this lawsuit. Therefore, Defendant is prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this lawsuit or exercise your rights under the Fair Labor Standards Act. However, participating in the lawsuit

does not excuse current employees from complying with Defendant's existing policies and work rules.

## 8. WAIVER OF RIGHTS NOT PERMITTED

Under Federal Law, you may not waive your right to recover wages and other damages under the Fair Labor Standards Act unless your employer has obtained approval by the U.S. Department of Labor or a Court of competent jurisdiction. Even if you have signed a document that prohibits you from participating in this particular case, you may still be eligible to bring a claim for unpaid wages. This lawsuit was filed on December 2, 2021. If you have questions about whether you can participate in this case you should contact an attorney of your choosing.

## 9. YOUR LEGAL REPRESENTATION IF YOU JOIN

If you decide to participate in this lawsuit by completing and returning the attached Consent to Join Form, you will be represented by the following attorney:

**Bernard R. Mazaheri, Esq.**
**Mazaheri & Mazaheri**
**P.O. Box 656**
**Frankfort, Kentucky 40602**
**Tel – (502) 475-8201**
Email – **Bernie@thelaborfirm.com**
*Counsel for Plaintiffs*

Mr. Mazaheri's office has the ability to communicate in both Spanish and English. If you have any questions and/or need a translation of any communication received regarding this case, you may contact him directly.